IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

ELIZABETH JIMENEZ,              §
                                §
        Plaintiff,              §
                                §
v.                              §        Cause No. 5:19-cv-1055
                                §
FIRST WESTERN TITLE             §
ACQUISITION, LLC                §
                                §
        Defendant.              §

## DEFENDANT'S NOTICE OF REMOVAL

Defendant FIRST WESTERN TITLE ACQUISITION, LLC ("First Western") files this Notice of Removal and, in support thereof, respectfully states:

1.      On July 17, 2019, Plaintiff Elizabeth Jimenez ("Plaintiff") filed a lawsuit against First Western in the Bexar County, Texas, County Court at Law No. 3 entitled *Elizabeth Jimenez v. First Western Title Acquisition, LLC*, Cause No. 2019CV05967 (the "Lawsuit").

2.      Plaintiff served First Western with the Citation and Plaintiff's Original Petition in connection with the Lawsuit on July 31, 2019.

3.      The Lawsuit is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C.A. § 1331 and is one that may be removed to this court by First Western pursuant to 28 U.S.C.A. § 1441(a) in that the only claim Plaintiff asserts against First Western arises under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*.

4.      First Western is the sole defendant in the Lawsuit.

5.      A certified copy of all pleadings filed in the Lawsuit as of the date of this Notice is attached hereto as Exhibit "A."

**DEFENDANT'S NOTICE OF REMOVAL – Page 1**

6.     Contemporaneously with the filing of this Notice, First Western filed a copy of this Notice in the Lawsuit and forwarded a copy to counsel for Plaintiff.

Respectfully submitted,

**THE COLES FIRM PC**
4925 Greenville Avenue
Suite 200
Dallas, Texas 75206
(214) 443-7860 (Telephone)
(214) 692-7145 (Facsimile)

By:     s/Michael E. Coles
Michael E. Coles
State Bar No. 24007025

Of Counsel

Elizabeth Aten Lamberson
State Bar No. 24027044
**THE LAMBERSON LAW FIRM PC**
6333 East Mockingbird Lane
Suite 147-524
Dallas, Texas 75214
(214) 320-2894 (Telephone)
(214) 692-5796 (Facsimile)

**ATTORNEYS FOR DEFENDANT**
**FIRST WESTERN TITLE**
**ACQUISITION, LLC**

## <u>CERTIFICATE OF SERVICE</u>

I certify a true and correct copy of the foregoing document was sent, via facsimile, to counsel for Plaintiff on the 30th day of August 2019.

s/Michael E. Coles
Michael E. Coles

**DEFENDANT'S NOTICE OF REMOVAL – Page 2**